FILED

Dec 10 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ DimitriEnglish          DEPUTY

Mohsen Ahmed, Pro Se
8342 Via Sonoma Unit C
La Jolla, CA, 92037
619-587-3867
mahmed@geauxtigerconstruction.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MOHSEN AHMED,

　　　　　Plaintiff,

vs.

UNITED STATES SMALL BUSINESS
ADMINISTRATION,

　　　　　Defendant

Case No.: **'25 CV 3523 BJC  VET**

COMPLAINT FOR VIOLATIONS OF THE
FREEDOM OF INFORMATION ACT (5 U.S.C. § 552)
AND THE ADMINISTRATIVE PROCEDURE ACT (5
U.S.C. §§ 701–706)

## INTRODUCTION

1. This action arises from the United States Small Business Administration's ("SBA") ongoing refusal to comply with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, regarding Plaintiff's SBA 8(a) application for **Tiger Construction LLC (UEI: HGX4JC65RNH4)**.

2. Plaintiff seeks internal SBA communications, case notes, status logs, and records showing how the agency processed—and ultimately delayed—his 8(a) application. Plaintiff submitted a FOIA request, SBA acknowledged it, ignored it, violated FOIA deadlines, ignored a noncompliance notice, ignored a FOIA appeal, violated a FOIA Appeals Officer's **remand order**, and then violated its **own written commitment** to complete processing by **December 5, 2025**.

3. Plaintiff also brings a claim under the Administrative Procedure Act ("APA") for **agency action unlawfully withheld, unreasonably delayed**, and **arbitrary and capricious conduct**, 5 U.S.C. §§ 706(1), 706(2). The factual pattern demonstrates a potential **policy or custom** within SBA that results in disparate, arbitrary, or obstructive handling of certain 8(a) applications.

4. Plaintiff seeks injunctive relief, a Vaughn index, an order compelling production of all non-exempt responsive records, and litigation costs.

COMPLAINT FOR VIOLATIONS OF THE FREEDOM OF INFORMATION ACT (5 U.S.C. § 552) AND THE
ADMINISTRATIVE PROCEDURE ACT (5 U.S.C. §§ 701–706) - 1

**JURISDICTION AND VENUE**

5. Jurisdiction is proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

6. Venue is proper in this District because Plaintiff resides in La Jolla, California (ZIP 92037).

**PARTIES**

7. Plaintiff Mohsen Ahmed is the owner of Tiger Construction LLC and resides within this District.

8. Defendant United States Small Business Administration is a federal agency subject to FOIA and the APA.

**FACTUAL ALLEGATIONS**

**A. Plaintiff's 8(a) Application and SBA's Delays**

9. Plaintiff filed his original SBA 8(a) Business Development Program application in **November 2023**. His assigned SBA analyst explicitly told him there was **no submission deadline**. Despite this, SBA **auto-closed** Plaintiff's application without notice during a system update. (This event is referenced in Plaintiff's FOIA Request, Exhibit 1.)

10. Plaintiff filed a new 8(a) application. On **March 24, 2025**, SBA informed Plaintiff that review was complete and only required **final director approval**. (Referenced in **Exhibit 1.**)

11. SBA took no action for months and ignored Plaintiff's repeated inquiries.

**B. Plaintiff's FOIA Request and Subsequent SBA Violations**

12. On **July 31, 2025**, Plaintiff submitted a FOIA request (assigned No. **SBA-2025-004401**) seeking internal communications and documents related to his 8(a) application.

**(Attached as Exhibit 1.)**

13. SBA acknowledged the request on **August 7, 2025**, stating it would respond by **August 29, 2025**.

**(Attached as Exhibit 2.)**

14. SBA failed to respond by the deadline or issue any extension.

15. On **September 2, 2025**, Plaintiff sent SBA a noncompliance notice.

**(Attached as Exhibit 3.)**

16. On **September 4, 2025**, Plaintiff filed a FOIA appeal (assigned No. **SBA-2025-004944**).

**(Attached as Exhibit 4.)**

COMPLAINT FOR VIOLATIONS OF THE FREEDOM OF INFORMATION ACT (5 U.S.C. § 552) AND THE ADMINISTRATIVE PROCEDURE ACT (5 U.S.C. §§ 701–706) - 2

17. On **September 26, 2025**, SBA's FOIA Appeals Office issued a formal written decision **REMANDING** the request to GCBD with instructions to provide a determination within **10 business days**. **(Attached as Exhibit 5.)**

18. The federal government shut down on **October 1, 2025**, pausing FOIA processing until reopening on **November 13, 2025**.

19. On **November 13, 2025**, Plaintiff emailed SBA noting that the remand clock had resumed. **(Attached as Exhibit 6.)**

20. On **November 17, 2025**, Plaintiff sent another follow-up. **(Attached as Exhibit 7.)**

21. SBA did not respond to either inquiry.

22. Instead, SBA sent a separate communication stating: "their office anticipates completing the processing of your FOIA request by **December 5, 2025**." **(Attached as Exhibit 8.)**

23. SBA again failed to provide ANY response by the promised December 5 deadline. As of **December 8, 2025**, SBA has produced **no records, no determination, and no explanation**.

24. Plaintiff has executed a declaration confirming that SBA has provided no response after multiple deadlines. **(Attached as Exhibit 9.)**

### C. SBA's Pattern Reflects Policy, Custom, or Systemic Practice

25. SBA's conduct—including the auto-closure of Plaintiff's initial application, the months-long stall of a supposedly "completed" review, the refusal to respond to inquiries, and the violation of multiple FOIA deadlines—reflects more than isolated error.

26. These actions suggest the existence of **institutional practices or customs** within SBA or GCBD that result in arbitrary treatment or obstructive processing of certain 8(a) applications and FOIA requests.

27. Plaintiff alleges that additional evidence of such policies will be revealed once SBA is compelled to produce the internal records sought in this action.

COMPLAINT FOR VIOLATIONS OF THE FREEDOM OF INFORMATION ACT (5 U.S.C. § 552) AND THE ADMINISTRATIVE PROCEDURE ACT (5 U.S.C. §§ 701–706) - 3

28. Plaintiff **reserves the right** to bring subsequent constitutional and civil rights claims—including Equal Protection claims—against SBA and individual officials upon receipt of FOIA materials demonstrating discriminatory intent, disparate treatment, or retaliatory motive.

### CAUSES OF ACTION

### COUNT I – Violation of FOIA (5 U.S.C. § 552)

29. Plaintiff incorporates the preceding paragraphs.

30. SBA improperly withheld records responsive to Plaintiff's FOIA request **SBA-2025-004401**.

31. SBA failed to make a determination within statutory time limits.

32. SBA ignored Plaintiff's noncompliance notice and FOIA appeal.

33. SBA violated the FOIA Appeals Office's **10-business-day remand order**.

34. SBA violated its own written commitment to complete processing by **December 5, 2025**.

35. SBA's conduct constitutes a **constructive denial** of Plaintiff's request.

36. Plaintiff is entitled to declaratory and injunctive relief compelling production of all non-exempt records and a **Vaughn index** for any withheld materials.

### COUNT II – Violation of the Administrative Procedure Act (5 U.S.C. §§ 701–706)

37. Plaintiff incorporates the preceding paragraphs.

38. SBA's refusal to act constitutes **agency action unlawfully withheld** and **unreasonably delayed** under § 706(1).

39. SBA's conduct is **arbitrary, capricious, an abuse of discretion**, and contrary to law under § 706(2).

40. SBA's repeated delays and inconsistent explanations reflect a **policy or custom** within SBA or GCBD that may result in disparate treatment of certain applicants.

41. Plaintiff expressly reserves the right to bring later constitutional damages claims—including Equal Protection and Bivens-type claims—upon obtaining the internal records that SBA is unlawfully withholding.

COMPLAINT FOR VIOLATIONS OF THE FREEDOM OF INFORMATION ACT (5 U.S.C. § 552) AND THE ADMINISTRATIVE PROCEDURE ACT (5 U.S.C. §§ 701–706) - 4

**PRAYER FOR RELIEF**

Plaintiff respectfully requests the Court:

A. Declare SBA's failure to respond unlawful under FOIA;

B. Order SBA to produce all non-exempt responsive records immediately;

C. Order SBA to provide a **Vaughn index** for any withheld materials;

D. Order SBA to conduct an adequate search of all relevant offices, staff accounts, and systems;

E. Declare SBA's conduct arbitrary and capricious in violation of the APA;

F. Award Plaintiff costs and fees under 5 U.S.C. § 552(a)(4)(E);

G. Grant any further relief the Court deems just and proper.

**EXHIBIT LIST**

**Exhibit 1:** FOIA Request (SBA-2025-004401), July 31, 2025

**Exhibit 2:** SBA Acknowledgment Email, August 7, 2025

**Exhibit 3:** Noncompliance Notice Email, September 2, 2025

**Exhibit 4:** FOIA Appeal (SBA-2025-004944), September 4, 2025

**Exhibit 5:** FOIA Appeals Officer Remand Order, September 26, 2025

**Exhibit 6:** Plaintiff Follow-Up Email, November 13, 2025

**Exhibit 7:** Plaintiff Follow-Up Email, November 17, 2025

**Exhibit 8:** SBA Email Promising Completion by December 5, 2025

**Exhibit 9:** Plaintiff's Declaration of Non-Response, December 8, 2025

Dated this 8th of December, 2025.

Mohsen Ahmed

_____

Mohsen Ahmed, Pro Se

COMPLAINT FOR VIOLATIONS OF THE FREEDOM OF INFORMATION ACT (5 U.S.C. § 552) AND THE ADMINISTRATIVE PROCEDURE ACT (5 U.S.C. §§ 701–706) - 5

# Exhibit 1

**mahmed@geauxtigerconstruction.com**

| | |
|---|---|
| **From:** | mahmed@geauxtigerconstruction.com |
| **Sent:** | Thursday, July 31, 2025 2:18 PM |
| **To:** | foia@sba.gov |
| **Subject:** | FOIA Request - SBA 8(a) Application Records for Tiger Construction LLC - UEI HGX4JC65RNH4 |

Dear FOIA Officer,

Under the Freedom of Information Act (5 U.S.C. § 552), I request access to and copies of all records, communications, and status logs related to my SBA 8(a) application for **Tiger Construction LLC (UEI: HGX4JC65RNH4)**. Specifically, I am requesting:

1. All internal correspondence (including emails, meeting notes, and memoranda) between SBA staff, reviewers, and directors regarding my application from **November 1, 2023, to the present**.
2. All case notes, status updates, and decision records related to the review, processing, and final approval stages of my application.
3. Any documents explaining the **auto-closure** of my original application due to a system update, despite my SBA reviewer's statement that there was no submission deadline.
4. Any communications regarding the status of my application since **March 24, 2025**, when I was informed that processing was complete.

I am willing to accept electronic copies of all responsive documents. If any portion of my request is denied, please provide the specific statutory exemption(s) and release all other portions of the requested records.

This request concerns the rights of a small disadvantaged business to participate in a federal program, and prompt processing is respectfully requested.

**Mohsen Ahmed**
Tiger Construction LLC
UEI: HGX4JC65RNH4
Email: mohsen.lsu.ahmed@gmail.com
Phone: 619-587-3867

Regards,

**Tiger Construction**



**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

# Exhibit 2

**mahmed@geauxtigerconstruction.com**

| | |
|---|---|
| **From:** | FOIA <FOIA@sba.gov> |
| **Sent:** | Thursday, August 7, 2025 8:55 AM |
| **To:** | mahmed@geauxtigerconstruction.com |
| **Subject:** | RE: FOIA Request - SBA 8(a) Application Records for Tiger Construction LLC - UEI HGX4JC65RNH4 |

Good day,

The tracking number for this case is SBA-2025-004401 . The estimated response date is Aug 29, 2025.

Respectfully,

FOIA Staff

---

**From:** mahmed@geauxtigerconstruction.com <mahmed@geauxtigerconstruction.com>
**Sent:** Thursday, August 7, 2025 9:59 AM
**To:** FOIA <FOIA@sba.gov>
**Cc:** Paul.Newman@sba.gov
**Subject:** RE: FOIA Request - SBA 8(a) Application Records for Tiger Construction LLC - UEI HGX4JC65RNH4

CAUTION [External] - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Report suspicious emails using the "Report Message" option in Outlook".

Dear SBA FOIA Officer,

I am writing to follow up on a **FOIA request submitted on July 31, 2025**, regarding my SBA 8(a) application for **Tiger Construction LLC (UEI: HGX4JC65RNH4)**.

As of today, **August 7, 2025**, I have received no acknowledgment, tracking number, or communication confirming receipt of my request. I understand that under the Freedom of Information Act (5 U.S.C. § 552), federal agencies are required to acknowledge FOIA requests in a timely manner and respond within 20 business days.

This silence is inconsistent with those statutory obligations. I am formally requesting:
1. Confirmation that my FOIA request has been received
2. Assignment of a FOIA tracking number
3. Contact information for the officer currently responsible for handling this request

If I do not receive acknowledgment by **August 12, 2025**, I will proceed with additional remedies, including a formal appeal and a request for Congressional oversight.

Thank you in advance for your prompt attention to this matter.

Regards,

1

# Tiger Construction



**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

---

**From:** mahmed@geauxtigerconstruction.com <mahmed@geauxtigerconstruction.com>
**Sent:** Thursday, July 31, 2025 2:18 PM
**To:** foia@sba.gov
**Subject:** FOIA Request - SBA 8(a) Application Records for Tiger Construction LLC - UEI HGX4JC65RNH4

Dear FOIA Officer,

Under the Freedom of Information Act (5 U.S.C. § 552), I request access to and copies of all records, communications, and status logs related to my SBA 8(a) application for **Tiger Construction LLC (UEI: HGX4JC65RNH4).**
Specifically, I am requesting:

1. All internal correspondence (including emails, meeting notes, and memoranda) between SBA staff, reviewers, and directors regarding my application from **November 1, 2023, to the present**.
2. All case notes, status updates, and decision records related to the review, processing, and final approval stages of my application.
3. Any documents explaining the **auto-closure** of my original application due to a system update, despite my SBA reviewer's statement that there was no submission deadline.
4. Any communications regarding the status of my application since **March 24, 2025,** when I was informed that processing was complete.

I am willing to accept electronic copies of all responsive documents. If any portion of my request is denied, please provide the specific statutory exemption(s) and release all other portions of the requested records.

This request concerns the rights of a small disadvantaged business to participate in a federal program, and prompt processing is respectfully requested.

**Mohsen Ahmed**
Tiger Construction LLC
UEI: HGX4JC65RNH4
Email: mohsen.lsu.ahmed@gmail.com
Phone: 619-587-3867

Regards,

2

**Tiger Construction**



**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

3

# Exhibit 3

**mahmed@geauxtigerconstruction.com**

| | |
|---|---|
| **From:** | mahmed@geauxtigerconstruction.com |
| **Sent:** | Tuesday, September 2, 2025 3:06 PM |
| **To:** | 'FOIA' |
| **Cc:** | Cesar.Solis@mail.house.gov |
| **Subject:** | FOIA Noncompliance - SBA-2025-004401 (Tiger Construction LLC - UEI HGX4JC65RNH4) |

Dear FOIA Officer,

This is a formal notice regarding my FOIA request **SBA-2025-004401**, submitted on **July 31, 2025** concerning my SBA 8(a) application for **Tiger Construction LLC (UEI: HGX4JC65RNH4)**.

On **August 7, 2025**, I received acknowledgment of this request, with an estimated completion date of **August 29, 2025**. As of **September 2, 2025**, I have received neither the requested documents nor any written notice of extension.

Under 5 U.S.C. § 552, agencies are required to make a determination on FOIA requests within 20 business days, or formally notify the requester of an extension. SBA has failed to meet this statutory requirement.

I respectfully demand immediate production of responsive documents or, at minimum, a lawful written explanation for this delay. Please treat this message as a noncompliance notice for the record.

Regards,

**Tiger Construction**



**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

---

**From:** FOIA <FOIA@sba.gov>
**Sent:** Thursday, August 7, 2025 8:55 AM
**To:** mahmed@geauxtigerconstruction.com
**Subject:** RE: FOIA Request - SBA 8(a) Application Records for Tiger Construction LLC - UEI HGX4JC65RNH4

Good day,

The tracking number for this case is SBA-2025-004401 . The estimated response date is Aug 29, 2025.

Respectfully,

1

FOIA Staff

**From:** mahmed@geauxtigerconstruction.com <mahmed@geauxtigerconstruction.com>
**Sent:** Thursday, August 7, 2025 9:59 AM
**To:** FOIA <FOIA@sba.gov>
**Cc:** Paul.Newman@sba.gov
**Subject:** RE: FOIA Request - SBA 8(a) Application Records for Tiger Construction LLC - UEI HGX4JC65RNH4

CAUTION [External] - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Report suspicious emails using the "Report Message" option in Outlook".

Dear SBA FOIA Officer,

I am writing to follow up on a **FOIA request submitted on July 31, 2025**, regarding my SBA 8(a) application for **Tiger Construction LLC (UEI: HGX4JC65RNH4)**.

As of today, **August 7, 2025**, I have received no acknowledgment, tracking number, or communication confirming receipt of my request. I understand that under the Freedom of Information Act (5 U.S.C. § 552), federal agencies are required to acknowledge FOIA requests in a timely manner and respond within 20 business days.

This silence is inconsistent with those statutory obligations. I am formally requesting:
1. Confirmation that my FOIA request has been received
2. Assignment of a FOIA tracking number
3. Contact information for the officer currently responsible for handling this request

If I do not receive acknowledgment by **August 12, 2025**, I will proceed with additional remedies, including a formal appeal and a request for Congressional oversight.

Thank you in advance for your prompt attention to this matter.

Regards,

**Tiger Construction**



**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

**From:** mahmed@geauxtigerconstruction.com <mahmed@geauxtigerconstruction.com>
**Sent:** Thursday, July 31, 2025 2:18 PM

2

**To:** foia@sba.gov
**Subject:** FOIA Request - SBA 8(a) Application Records for Tiger Construction LLC - UEI HGX4JC65RNH4

Dear FOIA Officer,

Under the Freedom of Information Act (5 U.S.C. § 552), I request access to and copies of all records, communications, and status logs related to my SBA 8(a) application for **Tiger Construction LLC (UEI: HGX4JC65RNH4)**.
Specifically, I am requesting:

1. All internal correspondence (including emails, meeting notes, and memoranda) between SBA staff, reviewers, and directors regarding my application from **November 1, 2023, to the present**.
2. All case notes, status updates, and decision records related to the review, processing, and final approval stages of my application.
3. Any documents explaining the **auto-closure** of my original application due to a system update, despite my SBA reviewer's statement that there was no submission deadline.
4. Any communications regarding the status of my application since **March 24, 2025,** when I was informed that processing was complete.

I am willing to accept electronic copies of all responsive documents. If any portion of my request is denied, please provide the specific statutory exemption(s) and release all other portions of the requested records.

This request concerns the rights of a small disadvantaged business to participate in a federal program, and prompt processing is respectfully requested.

**Mohsen Ahmed**
Tiger Construction LLC
UEI: HGX4JC65RNH4
Email: mohsen.lsu.ahmed@gmail.com
Phone: 619-587-3867

Regards,

**Tiger Construction**



**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

# Exhibit 4

**mahmed@geauxtigerconstruction.com**

| | |
|---|---|
| **From:** | mahmed@geauxtigerconstruction.com |
| **Sent:** | Tuesday, September 2, 2025 3:06 PM |
| **To:** | 'FOIA' |
| **Cc:** | Cesar.Solis@mail.house.gov |
| **Subject:** | FOIA Noncompliance - SBA-2025-004401 (Tiger Construction LLC - UEI HGX4JC65RNH4) |

Dear FOIA Officer,

This is a formal notice regarding my FOIA request **SBA-2025-004401**, submitted on **July 31, 2025** concerning my SBA 8(a) application for **Tiger Construction LLC (UEI: HGX4JC65RNH4)**.

On **August 7, 2025**, I received acknowledgment of this request, with an estimated completion date of **August 29, 2025**. As of **September 2, 2025**, I have received neither the requested documents nor any written notice of extension.

Under 5 U.S.C. § 552, agencies are required to make a determination on FOIA requests within 20 business days, or formally notify the requester of an extension. SBA has failed to meet this statutory requirement.

I respectfully demand immediate production of responsive documents or, at minimum, a lawful written explanation for this delay. Please treat this message as a noncompliance notice for the record.

Regards,

**Tiger Construction**



**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

---

**From:** FOIA <FOIA@sba.gov>
**Sent:** Thursday, August 7, 2025 8:55 AM
**To:** mahmed@geauxtigerconstruction.com
**Subject:** RE: FOIA Request - SBA 8(a) Application Records for Tiger Construction LLC - UEI HGX4JC65RNH4

Good day,

The tracking number for this case is SBA-2025-004401 . The estimated response date is Aug 29, 2025.

Respectfully,

1

FOIA Staff

**From:** mahmed@geauxtigerconstruction.com <mahmed@geauxtigerconstruction.com>
**Sent:** Thursday, August 7, 2025 9:59 AM
**To:** FOIA <FOIA@sba.gov>
**Cc:** Paul.Newman@sba.gov
**Subject:** RE: FOIA Request - SBA 8(a) Application Records for Tiger Construction LLC - UEI HGX4JC65RNH4

CAUTION [External] - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Report suspicious emails using the "Report Message" option in Outlook".

Dear SBA FOIA Officer,

I am writing to follow up on a **FOIA request submitted on July 31, 2025**, regarding my SBA 8(a) application for **Tiger Construction LLC (UEI: HGX4JC65RNH4)**.

As of today, **August 7, 2025**, I have received no acknowledgment, tracking number, or communication confirming receipt of my request. I understand that under the Freedom of Information Act (5 U.S.C. § 552), federal agencies are required to acknowledge FOIA requests in a timely manner and respond within 20 business days.

This silence is inconsistent with those statutory obligations. I am formally requesting:
1. Confirmation that my FOIA request has been received
2. Assignment of a FOIA tracking number
3. Contact information for the officer currently responsible for handling this request

If I do not receive acknowledgment by **August 12, 2025**, I will proceed with additional remedies, including a formal appeal and a request for Congressional oversight.

Thank you in advance for your prompt attention to this matter.

Regards,

**Tiger Construction**



**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

**From:** mahmed@geauxtigerconstruction.com <mahmed@geauxtigerconstruction.com>
**Sent:** Thursday, July 31, 2025 2:18 PM

2

**To:** foia@sba.gov

**Subject:** FOIA Request - SBA 8(a) Application Records for Tiger Construction LLC - UEI HGX4JC65RNH4

Dear FOIA Officer,

Under the Freedom of Information Act (5 U.S.C. § 552), I request access to and copies of all records, communications, and status logs related to my SBA 8(a) application for **Tiger Construction LLC (UEI: HGX4JC65RNH4).**
Specifically, I am requesting:

1. All internal correspondence (including emails, meeting notes, and memoranda) between SBA staff, reviewers, and directors regarding my application from **November 1, 2023, to the present**.
2. All case notes, status updates, and decision records related to the review, processing, and final approval stages of my application.
3. Any documents explaining the **auto-closure** of my original application due to a system update, despite my SBA reviewer's statement that there was no submission deadline.
4. Any communications regarding the status of my application since **March 24, 2025**, when I was informed that processing was complete.

I am willing to accept electronic copies of all responsive documents. If any portion of my request is denied, please provide the specific statutory exemption(s) and release all other portions of the requested records.

This request concerns the rights of a small disadvantaged business to participate in a federal program, and prompt processing is respectfully requested.

**Mohsen Ahmed**
Tiger Construction LLC
UEI: HGX4JC65RNH4
Email: mohsen.lsu.ahmed@gmail.com
Phone: 619-587-3867

Regards,

**Tiger Construction**

**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

3

# Exhibit 5



**U.S. SMALL BUSINESS ADMINISTRATION**
**WASHINGTON, D.C. 20416**

Mohsen Ahmed
via email: mahmed@geauxtigerconstruction.com

<u>Re: Appeal of FOIA Request # SBA-2025-004401 (Appeal #SBA-2025-004944)</u>

Dear Mr. Ahmed:

This determination is in response to your Freedom of Information Act (FOIA) request that you submitted on July 31, 2025. Your appeal was timely received in SBA's Freedom of Information/Privacy Acts (FOI/PA) Office on September 4, 2025.

## I.    Background

On July 31, 2025, Mohsen Ahmed ("Appellant") submitted a request for information under the Freedom of Information Act pursuant to 5 U.S.C. §552. That request sought a copy of the following:

*"Under the Freedom of Information Act (5 U.S.C. § 552), I request access to and copies of all records, communications, and status logs related to my SBA 8(a) application for Tiger Construction LLC (UEI: HGX4JC65RNH4).*
*Specifically, I am requesting:*
*1. All internal correspondence (including emails, meeting notes, and memoranda) between SBA staff, reviewers, and directors regarding my application from November 1, 2023, to the present.*
*2. All case notes, status updates, and decision records related to the review, processing, and final approval stages of my application.*
*3. Any documents explaining the auto-closure of my original application due to a system update, despite my SBA reviewer's statement that there was no submission deadline.*
*4. Any communications regarding the status of my application since March 24, 2025, when I was informed that processing was complete."*

As of September 26, 2025, the Office of Government Contracting and Business Development (GCBD) has not responded to the Appellant.

## II.    Decision on Appeal

After carefully considering your appeal, we are **REMANDING** the request back to the Agency to provide a determination to the requester in 10 business days.

In accordance with 13 C.F.R. § 102.6, fees are not assessed for the processing of this appeal.

In addition, as part of the 2007 FOIA amendments, the Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS as follows:

The U.S. National Archives and Records Administration
Office of Government Information Services
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
Telephone: 202-741-5770
Toll-free: 1-877-684-6448
Facsimile: 202-741-5769
E-mail: ogis@nara.gov

Respectfully,

Oreoluwa Fashola
Chief, Freedom of
Information/Privacy Acts Office

cc: OGC
    GCBD

# Exhibit 6

**mahmed@geauxtigerconstruction.com**

| | |
|---|---|
| **From:** | mahmed@geauxtigerconstruction.com |
| **Sent:** | Thursday, November 13, 2025 8:43 AM |
| **To:** | 'Fashola, Oreoluwa O.' |
| **Cc:** | 'FOIA' |
| **Subject:** | Follow-Up on FOIA Appeal - SBA-2025-004944 (Original Request SBA-2025-004401) |

Good morning,

Now that the federal government has resumed normal operations, I'm writing to confirm the status of my FOIA appeal, **SBA-2025-004944**, which concerns my original FOIA request **SBA-2025-004401** regarding my 8(a) application for **Tiger Construction LLC (UEI HGX4JC65RNH4).**

As noted in the FOIA Appeals Office's September 26, 2025 determination, the matter was **REMANDED** to the Office of Government Contracting and Business Development with instructions to provide a determination within **10 business days.** That period was interrupted by the recent shutdown and has now resumed.
Please confirm:
1. The remaining number of business days for GCBD to complete the remand, and
2. When I can expect either production of the responsive records or a written determination.

Thank you for your attention and for resuming this matter promptly after the funding lapse.

Regards,

**Tiger Construction**



**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

---

**From:** Fashola, Oreoluwa O. <Oreoluwa.Fashola@sba.gov>
**Sent:** Friday, September 26, 2025 9:55 AM
**To:** mahmed@geauxtigerconstruction.com
**Cc:** FOIA <FOIA@sba.gov>
**Subject:** FOIA Appeal Response

Dear Mr. Ahmed,

Please see the attached response to your FOIA appeal.

1

Sincerely,

*Ore Fashola*

Oreoluwa (Ore) Fashola
Supervisory Government Information Specialist
Freedom of Information & Privacy Act Office (FOI/PA)
Office of Hearings and Appeals (OHA)
U.S. Small Business Administration (SBA)
409 Third Street, SW
Washington, DC 20416
    (202) 401-7793
    oreoluwa.fashola@sba.gov

Please let us know how we're doing, complete the survey below!

Take survey here.

 **U.S. Small Business Administration**



*This electronic message contains information generated by the SBA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

# Exhibit 7

**mahmed@geauxtigerconstruction.com**

___

| | |
|---|---|
| **From:** | mahmed@geauxtigerconstruction.com |
| **Sent:** | Monday, November 17, 2025 7:32 AM |
| **To:** | 'Fashola, Oreoluwa O.' |
| **Cc:** | 'FOIA' |
| **Subject:** | Second Follow-Up on FOIA Appeal - SBA-2025-004944 (Original SBA-2025-004401) |

Good morning,

I am following up again regarding my FOIA appeal **SBA-2025-004944**, which concerns my original request **SBA-2025-004401** relating to my 8(a) application for **Tiger Construction LLC (UEI HGX4JC65RNH4).**

I sent a follow-up on **November 13, 2025**, after the government reopened, but I have not received any acknowledgment or update. The FOIA Appeals Office's **September 26 remand order** required the Office of Government Contracting and Business Development to provide a determination within ten business days. That deadline has now long passed, even accounting for the shutdown period.

Please provide, by return email, a written status update indicating whether the remanded request has been processed and when I can expect the responsive records or a formal determination.

Thank you for your prompt attention to this matter.

Regards,

**Tiger Construction**



**CEO - Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

___

**From:** mahmed@geauxtigerconstruction.com <mahmed@geauxtigerconstruction.com>
**Sent:** Thursday, November 13, 2025 8:43 AM
**To:** 'Fashola, Oreoluwa O.' <Oreoluwa.Fashola@sba.gov>
**Cc:** 'FOIA' <FOIA@sba.gov>
**Subject:** Follow-Up on FOIA Appeal - SBA-2025-004944 (Original Request SBA-2025-004401)

Good morning,

Now that the federal government has resumed normal operations, I'm writing to confirm the status of my FOIA appeal, **SBA-2025-004944**, which concerns my original FOIA request **SBA-2025-004401** regarding my 8(a) application for **Tiger Construction LLC (UEI HGX4JC65RNH4).**

As noted in the FOIA Appeals Office's September 26, 2025 determination, the matter was **REMANDED** to the Office of Government Contracting and Business Development with instructions to provide a determination within **10 business days.** That period was interrupted by the recent shutdown and has now resumed.
Please confirm:
1. The remaining number of business days for GCBD to complete the remand, and
2. When I can expect either production of the responsive records or a written determination.

Thank you for your attention and for resuming this matter promptly after the funding lapse.

Regards,

## Tiger Construction



**CEO – Mohsen Ahmed**
**mahmed@geauxtigerconstruction.com**
**619.587.3867**
**www.GeauxTC.com**

---

**From:** Fashola, Oreoluwa O. <Oreoluwa.Fashola@sba.gov>
**Sent:** Friday, September 26, 2025 9:55 AM
**To:** mahmed@geauxtigerconstruction.com
**Cc:** FOIA <FOIA@sba.gov>
**Subject:** FOIA Appeal Response

Dear Mr. Ahmed,

Please see the attached response to your FOIA appeal.

Sincerely,

*Ore Fashola*

Oreoluwa (Ore) Fashola
Supervisory Government Information Specialist
Freedom of Information & Privacy Act Office (FOI/PA)
Office of Hearings and Appeals (OHA)
U.S. Small Business Administration (SBA)
409 Third Street, SW

2

Washington, DC 20416

📠    (202) 401-7793

📬    oreoluwa.fashola@sba.gov

Please let us know how we're doing, complete the survey below!

Take survey here.





*This electronic message contains information generated by the SBA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

# Exhibit 8

**mahmed@geauxtigerconstruction.com**

| | |
|---|---|
| **From:** | Fashola, Oreoluwa O. <Oreoluwa.Fashola@sba.gov> |
| **Sent:** | Monday, November 24, 2025 6:43 AM |
| **To:** | mahmed@geauxtigerconstruction.com |
| **Cc:** | FOIA |
| **Subject:** | RE: FOIA Appeal Response |

Dear Ahmed

Due to the recent government shutdown, which resulted in a temporary suspension of FOIA processing activities, this delayed GCBD's response to your FOIA request. Their office has now resumed normal operations and anticipates completing the processing of your FOIA request by December 5, 2025. Thank you for your patience.

Siincerely,

*Ore Fashola*

Oreoluwa (Ore) Fashola
Supervisory Government Information Specialist
Freedom of Information & Privacy Act Office (FOI/PA)
Office of Hearings and Appeals (OHA)
U.S. Small Business Administration (SBA)
409 Third Street, SW
Washington, DC 20416
   (202) 401-7793
   oreoluwa.fashola@sba.gov

Please let us know how we're doing, complete the survey below!

Take survey here.





*This electronic message contains information generated by the SBA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Fashola, Oreoluwa O.
**Sent:** Friday, September 26, 2025 12:55 PM
**To:** 'mahmed@geauxtigerconstruction.com' <mahmed@geauxtigerconstruction.com>
**Cc:** FOIA <FOIA@sba.gov>
**Subject:** FOIA Appeal Response

Dear Mr. Ahmed,

1

Please see the attached response to your FOIA appeal.

Sincerely,

*Ore Fashola*

Oreoluwa (Ore) Fashola
Supervisory Government Information Specialist
Freedom of Information & Privacy Act Office (FOI/PA)
Office of Hearings and Appeals (OHA)
U.S. Small Business Administration (SBA)
409 Third Street, SW
Washington, DC 20416
🖨️    (202) 401-7793
📧    oreoluwa.fashola@sba.gov

Please let us know how we're doing, complete the survey below!

Take survey here.





*This electronic message contains information generated by the SBA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

# DECLARATION OF MOHSEN AHMED

REGARDING SBA'S FAILURE TO RESPOND TO FOIA DEADLINE

I, **Mohsen Ahmed**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in the above-captioned matter. I submit this declaration in support of my Complaint against the United States Small Business Administration ("SBA").
2. On **July 31, 2025**, I submitted a FOIA request to the SBA, assigned tracking number **SBA-2025-004401**, seeking records concerning the processing of my 8(a) application for Tiger Construction LLC (UEI: HGX4JC65RNH4).
3. SBA acknowledged receipt of the request on **August 7, 2025**, stating an estimated completion date of **August 29, 2025**.
4. After SBA failed to comply, I submitted a noncompliance notice on **September 2, 2025**, followed by a FOIA appeal on **September 4, 2025**, which was docketed as **SBA-2025-004944.**
5. On **September 26, 2025**, SBA's FOIA Appeals Office issued a written decision **REMANDING** my FOIA request to the Office of Government Contracting and Business Development (GCBD) and requiring the agency to provide a determination **within 10 business days**.
6. The federal government shut down on **October 1, 2025**, pausing FOIA processing until reopening on **November 13, 2025**. On the date of reopening, I immediately sent a follow-up email to SBA to resume the FOIA clock.
7. On **November 17, 2025**, I again contacted SBA requesting a status update. SBA did not respond to either communication.
8. On or around November 2025, SBA informed me in writing that GCBD "anticipates completing the processing of your FOIA request by **December 5, 2025**."
9. As of **December 8, 2025**, I have **not received any records**, **no determination**, **no extension notice**, and **no communication of any kind** from SBA regarding my FOIA request or appeal.
10. SBA has therefore failed to comply with the FOIA statute, the FOIA appeal remand order, and its own written commitment to respond by December 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 8, 2025**, in La Jolla, California.

*Mohsen Ahmed*

**Mohsen Ahmed**
Plaintiff, Pro Se

← *LOAD THIS DIRECTION, THIS SIDE UP*

MONEY ORDER RECEIPT - NON NEGOTIABLE

ACT 247480 LOC 00021 ST 120725 $5.00 DOLLARS AND NO CENTS

*19731889721 1*

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You, the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order, unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

← *LOAD THIS DIRECTION, THIS SIDE UP*